FILED BY **AMS** D.C.

05 SEP 14 PM 12: 04

CLERK ... GOULD
... COURT
WD OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                            CR. NO. 05- 20056
                                                               Judge Mays
RONNIE HARRIS,

       Defendant

## ORDER ON ARRAIGNMENT

    This cause came to be heard on September 14, 2005.  An Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with **appointed** counsel:

        Kemper B. Durand
        One Commerce Square, Suite 2900
        Memphis, TN 38103
        Telephone: 525-8721
        Fax:  525-6722
        E-mail: durandk@thomasonlaw.com

    The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

    All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

                      Diane K. Vescovo
                      UNITED STATES MAGISTRATE JUDGE

Charges: 18 USC 846
Assistant U.S. Attorney assigned to case:
Defendant's Age: 35

This document entered on docket sheet in compliance with Rule 55
and/or Rule 32(b) FRCrP on  9-16-05  .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 310 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT